**SO ORDERED**

RESPONSE DUE NO LATER THAN AUGUST 3, 2017.



Nancy V. Alquist
**NANCY V. ALQUIST**
**U. S. BANKRUPTCY JUDGE**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF MARYLAND
### at Baltimore

In re:    Case No.: **17–19104 – NVA**    Chapter: **7**

**Stanley D. Walker, M.D., LLC**
Debtor

## ORDER TO SHOW CAUSE
## WHY CASE SHOULD NOT BE DISMISSED
## FOR FAILURE TO COMPLETE REQUIRED FILINGS

By notice of the Court dated July 6, 2017 the above–captioned Debtor(s) was/were admonished to file:

☑ Schedules A/B D E/F G H I J and Declaration Concerning Debtor(s) Schedules

☑ Statement of Financial Affairs

☑ Other: Summary of Assets and Liab,
Ch 7 Income Form 122A1

within fourteen (14) days. Debtor(s) has/have failed to comply with said Order. It is, therefore, by the United States Bankruptcy Court for the District of Maryland,

ORDERED, that the Debtor(s) show cause, if any there be, by the date designated above, in a writing filed with Clerk, U.S. Bankruptcy Court Greenbelt Division, 6500 Cherrywood Lane, Ste. 300, Greenbelt, Maryland 20770 why this case should not be dismissed, pursuant to 11 U.S.C. § 707(a), and all debts scheduled by Debtor(s) barred from discharge for failure to complete required filings. Completion of the required filings by the same date shall dissolve this Order to Show Cause. Failure to complete the required filings within the time allowed, or failure to show cause which the Court considers adequate, may result in a dismissal of this case and/or denial of discharge of the debts scheduled by Debtor(s) without further notice.

cc:   Debtor
      Attorney for Debtor – Jeffrey P. Nesson
      Case Trustee – Charles R. Goldstein
      U.S. Trustee

### End of Order

39x01 (rev. 12/01/2015) – smckenna